**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEMETRIC SIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00407<br><br>Honorable Jeremy C. Daniel |
| KIMBERLEIGH DUFFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00609<br><br>Honorable Jeremy C. Daniel |
| AMANDA BARE, and CHRISTINA HARTZEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00621<br><br>Honorable Jeremy C. Daniel |

| | |
|---|---|
| KAYTLIN ROQUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00709<br><br>Honorable Jeremy C. Daniel |
| JAMES EPPLEY, JENNIFER MONILAW, and JACOB WINKELVOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00815<br><br>Honorable Jeremy C. Daniel |
| MICHAEL AZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00866<br><br>Honorable Jeremy C. Daniel |

| | |
|---|---|
| RITA STREIFEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-00940<br><br>Honorable Jeremy C. Daniel |
| DELIA ARELLANO, MATTHEW BAUMGARTNER, DARREN BRISSETT, DANNY CARROL, BRIANNA CLAY, TOYETTE FLOWERS, CHRISTOPHER FREEL, JADE GAMBLE, KIMBERLY KELLEY, DANIEL KILGO, SOFIA MALVAR, JAMES MCNEILL, DAVID MURRY, AMANDA QUAM, ANNETTE RASTRELLI, NICOLE REHFUSS, BILLY ROBINSON, DORIAN ROCHESTER, ROBERT SANGINITO, KAYLA SMITH, ROBERT SMITH, AUSTIN TOPCHI, TRACY TUPPER, JAMES WILLIAMS and EBONI WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY LLC, ARITY 875 LLC, and ARITY SERVICES LLC,<br><br>Defendants. | Case No. 1:25-cv-01256<br><br>Honorable Jeremy C. Daniel |

| | |
|---|---|
| MICHAEL MAHONEY and SCOTT SCHULTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION; ALLSTATE INSURANCE COMPANY; ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; ARITY, LLC; ARITY 875, LLC; and ARITY SERVICES, LLC,<br><br>Defendants. | Case No. 1:25-cv-01465<br><br>Honorable Jeremy C. Daniel |
| JOSEPH JACKSON and RACHEL ZIMMERMAN, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No: 1:25-cv-01472<br><br>Honorable Jeremy C. Daniel |
| HEIDI FENTON and ASHIKA SINGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No. 1:25-cv-01513<br><br>Honorable Jeremy C. Daniel |

| | |
|---|---|
| CHRYSTIE SEAY and VALENCIA TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No. 1:25-cv-01744<br><br>Honorable Jeremy C. Daniel |
| MOLLY RAE ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>Defendants. | Case No. 1:25-cv-02102<br><br>Honorable Jeremy C. Daniel |

**ORDER GRANTING MAJORITY PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL**

This matter, having come before the Court by Majority Plaintiffs in the above-captioned matters, by their Motion to Consolidate Cases and Appoint Interim Class Counsel ("Motion") pursuant to Federal Rules of Civil Procedure 42(a) and 23(g), Memorandum of Law in Support, and having found that the Proposed Interim Class Counsel meet the requirements of Rule 23(g) for appointment to lead this consolidated action, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Court hereby consolidates *Demetric Sims v. The Allstate Corporation et al.*, No. 1:25-cv-00407 (N.D. Ill.) (the "*Sims* Action"); *Amanda Bare, et al. v. The Allstate Corporation et al.*, No. 1:25-cv-00621 (N.D. Ill.) (the "*Bare* Action"); *Kimberleigh Duffield v. The Allstate Corporation et al.*, No. 1:25-cv-00609 (N.D. Ill) (the "*Duffield* Action"); *Kaytlin Roque v. The Allstate Corporation, et al.*, No. 1:25-cv-00709 (N.D. Ill.) (the "*Roque* Action"); *James Eppley, et al. v. The Allstate Corporation, et al.*, No. 1:25-cv-00815 (N.D. Ill.) (the "*Eppley* Action"); *Michael Azar v. The Allstate Corporation*, *et al.*, No. 1:25-cv-00866 (N.D. Ill.) (the "*Azar* Action"); *Joseph Jackson, et al. v. The Allstate Corporation, et al.*, No. 1:25-cv-01472 (N.D. Ill.) (the "*Jackson* Action"); *Streifel v. The Allstate Corporation, et al.*, No. 1:25-cv-00940 (N.D. Ill.) (the "*Streifel* Action"); *Molly Rae Anderson v. The Allstate Corporation et al.*, No. 1:25-cv-02102 (N.D. Ill.) (the "*Anderson* Action"); *Delia Arellano, et al. v. The Allstate Corporation et al.*, No. 1:25-cv-01256 (N.D. Ill.) (the "*Arellano* Action"); *Michael Mahoney, et al. v. The Allstate Corporation et al.*, No. 1:25-cv-01465 (N.D. Ill) (the "*Mahoney* Action"); *Heidi Fenton, et al. v. The Allstate Corporation et al.*, No. 1:25-cv-01513 (N.D. Ill) (the "*Fenton* Action"); and *Chrystie Seay, et al. v. The Allstate Corporation et al.*, No. 1:25-cv-01744 (N.D. Ill.) (the "*Seay* Action"), as well as any future related actions, under the docket number of the first-filed *Sims* Action (No. 1:25-cv-00407) (collectively, the "Consolidated Action"). The clerk is directed to administratively terminate the *Bare*, *Duffield*, *Roque*, *Eppley*, *Azar*, *Jackson*, *Streifel*, *Anderson*, *Arellano*, *Mahoney*, *Fenton*, and *Seay* Actions.

2. The Clerk shall establish and maintain a Master Docket for the Consolidated Action under the caption *In re: Allstate & Arity Consumer Privacy Litigation,* Master File No. 1:25-cv-00407.

3. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints:

a. Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, and John A. Yanchunis of Morgan & Morgan Complex Litigation Group as Interim Co-Lead Counsel;

b. Robert A. Clifford of the Clifford Law Offices, P.C. as Liaison Counsel; and

c. Tina Wolfson of Ahdoot & Wolfson PC, Lesley E. Weaver of Bleichmar Fonti & Auld LLP, Julian C. Diamond of Bursor & Fischer P.A., Daniel O. Herrera of Cafferty Clobes Meriwether & Sprengel LLP, Thomas E. Loeser of Cotchett Pitre & McCarthy LLP, Adam E. Polk of Girard Sharp LLP, Adele A. Daniel of Keller Rohrback LLP, Jeff Ostrow of Kopelowitz Ostrow P.A., Sabita J. Soneji of Tycko & Zavareei LLP, and Rebecca L. Solomon of Tousley Brain Stephens PLLC as Plaintiffs' Executive Committee Members.

4. It is further ordered that Proposed Interim Class Counsel shall act on behalf of the Plaintiffs and the putative Class with the responsibilities set forth below:

a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

b. Coordinate the initiation of and conduct discovery on behalf of Plaintiffs and the Class pursuant to the Federal Rules of Civil Procedure;

c. Convene meetings amongst counsel;

d. Conduct settlement negotiations on behalf of Plaintiffs and the putative Class;

e. Delegate tasks to other Plaintiffs' counsel to ensure that pretrial preparation for Plaintiffs and the putative Class is conducted efficiently and effectively;

f. Ensure all work performed by Plaintiffs' counsel is in the best interest of the Plaintiffs and the putative Class and is based on the qualifications and expertise of the persons assigned particular tasks or responsibilities, counsel's knowledge of the law, facts and issues, efficiency and cost-effectiveness;

g. Negotiate and enter into stipulations with opposing counsel as necessary for the efficient advancement of the litigation;

h. Employ and consult with experts;

i. Monitor the activities of all counsel to ensure schedules and litigation deadlines are being met and work to avoid unnecessary expenditures of time and funds;

j. Ensure all counsel comport with the billing and expense protocol being used by the leadership team, which will be submitted to the Court for approval;

k. Assess litigation costs, as appropriate, and collect such assessments;

l. Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or further authorized by order of this Court;

m. Serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

n. Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

o. Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

p. Perform all other duties or tasks as are necessary to the prosecution of this matter on behalf of the putative Class.

5. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to the above-referenced matters, any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED.**

**Dated: April 10, 2025**

**JEREMY C. DANIEL**
**UNITED STATES DISTRICT JUDGE**